FILED
SEP 09 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

JUDGE JOHNSTON

Magistrate Judge Schneider

| | |
|---|---|
| UNITED STATES OF AMERICA | UNDER SEAL |
| vs. | No. 25 CR 50050 |
| NICOLAS MARTINEZ | Violations: Title 18, United States Code, Sections 922(g)(1) and 924(c)(1)(A); Title 21, United States Code, Sections 841(a)(1) and 860a |

## COUNT ONE

The SPECIAL JULY 2025 GRAND JURY charges:

On or about May 19, 2025, at Rockford, in the Northern District of Illinois, Western Division,

NICOLAS MARTINEZ,

defendant herein, did knowingly possess with intent to distribute a controlled substance, namely, more than 500 grams of a mixture and substance containing Cocaine, a Schedule II Controlled Substance; and more than 50 grams of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about May 19, 2025, at Rockford, in the Northern District of Illinois, Western Division,

### NICOLAS MARTINEZ,

defendant herein, did knowingly possess with intent to distribute a controlled substance, namely a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1), on a premises in which an individual who was under the age of eighteen years was present;

In violation of Title 21, United States Code, Section 860a.

## COUNT THREE

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about May 19, 2025, at Rockford, in the Northern District of Illinois, Western Division,

NICOLAS MARTINEZ,

defendant herein, did knowingly possess a firearm, namely a Ruger LCP .380 caliber pistol with serial number 372577024, a Marlin model 60 DL .22 LR caliber rifle, and a blue and red "Glock" type 9-millimeter pistol in furtherance of a drug trafficking crime for which defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a), as charged in Count One of this Indictment;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT FOUR

The SPECIAL JULY 2025 GRAND JURY further charges:

On or about May 19, 2025, at Rockford, in the Northern District of Illinois, Western Division,

### NICOLAS MARTINEZ,

defendant herein, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, firearms, namely a Ruger model LCP .380 caliber pistol with serial number 372577024, and a Marlin model 60 DL .22 LR caliber rifle, which firearms had traveled in interstate commerce prior to the defendant's possession of the firearms;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL JULY 2025 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g) as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 21, United States Code, Section 846 or 841, as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds obtained, directly and indirectly, as a result of the offense; and any property used, and intended to be used, in any manner or part, to commit and to facilitate the commission of the offense, as provided in Title 21, United States Code, Section 853(a).

3. The property to be forfeited is a Ruger model LCP .380 caliber pistol with serial number 372577024, a Marlin model 60 DL .22 LR caliber rifle, a blue and red "Glock" type 9-millimeter pistol, and associated ammunition.

A TRUE BILL:

FOREPERSON

Andrew S. Boutros by James Marcus
UNITED STATES ATTORNEY

5